RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email: ilee@raklaw.com
Stanley H. Thompson Jr., State Bar No. 198825
Email: sthompson@raklaw.com
Michael T. Boardman, State Bar No. 279153
Email: mboardman@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California  90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
Development Innovation Group, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Development Innovation Group, LLC, | Case No. 11-cv-2150-AJB (WVG) |
|---|---|
| Plaintiff, | Assigned to The Honorable Anthony J. Battaglia, Courtroom 12 |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNITED STATES CELLULAR CORPORATION** |

1.  Nokia Inc.;

2.  Personal Communications Devices, LLC;

3.  Personal Communications Devices Holdings, LLC;

4.  Pantech Wireless, Inc.;

5.  Cellco Partnership d/b/a Verizon Wireless;

6.  AT&T Mobility, LLC;

7.  Sprint Spectrum L.P.;

8.  T-Mobile USA, Inc.;

9.  Cricket Communications, Inc.;

10.  Virgin Mobile USA, L.P.;

11.  United States Cellular Corporation;

12.  MetroPCS Wireless, Inc.;

13.  TracFone Wireless, Inc.;

14.  Boost Mobile, LLC;

RUSS, AUGUST & KABAT

3279-002 120123 NT Dismissal US Cellular.doc

15. Samsung Telecommunications America LLC;

16. Research In Motion Corporation;

17. Motorola Mobility, Inc.;

18. HTC America, Inc.;

19. Sharp Electronics Corporation;

20. UTStarcom, Inc.

21. Hewlett-Packard Company;

22. Sony Ericsson Mobile Communications (USA), Inc.;

23. Futurewei Technologies, Inc. dba Huawei;

24. ZTE (USA) Inc.;

25. Kyocera Wireless Corp.; and

26. Sanyo North America Corporation,

Defendants.

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Development Innovation Group LLC hereby dismisses defendant United States Cellular Corporation from this case. The dismissal is without prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 23, 2012                    Respectfully submitted,

                                           RUSS AUGUST & KABAT

                                           By: /s/ Irene Y. Lee
                                           Irene Y. Lee
                                           Attorneys for Plaintiff
                                           Development Innovation Group, LLC

RUSS, AUGUST & KABAT

3279-002 120123 NT Dismissal US Cellular.doc

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNITED STATES CELLULAR CORPORATION**

RUSS, AUGUST & KABAT

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that a true and correct copy of the foregoing document was filed

3 electronically via the Court's Electronic Case Filing System.  Notice of the filing is being served

4 upon all counsel of record automatically through Notice of Electronic Filing.  The undersigned

5 hereby further certifies that on January 23, 2012 a copy of the foregoing document was served

6 via e-mail and First Class Mail on the following counsel:

7    Nick P. Christopher
     Email: nchristopher@gibbonslaw.com
8    GIBBONS P.C.
     One Pennsylvania Plaza, 37th Floor
9    New York, NY 10119-3701
     Counsel for Defendants Personal Communications Devices, LLC and
10   Personal Communications Devices Holdings, LLC;

11
     E. Robert Yoches
12   Email: bob.yoches@finnegan.com
     FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
13   901 New York Ave., N.W.
     Washington, D.C. 20001-4413
14   Counsel for Defendant ZTE (USA) Inc.;

15
     Aaron E. Hankel
16   Email: ahankel@shb.com
     Jonathan N. Zerger
17   Email: kzerger@shb.com
     SHOOK HARDY & BACON LLP
18   2555 Grand Boulevard
     Kansas City, MO 64108
19   Counsel for Defendants Boost Mobile, LLC , Sprint Spectrum L.P. and Virgin
20   Mobile USA, L.P.; and

21
     Nathaniel C. Love
22   Email: nlove@sidley.com
     SIDLEY AUSTIN LLP
23   One South Dearborn
     Chicago, IL 60603
24   Counsel for Defendant United States Cellular Corporation.

25
26   Executed on January 23, 2012 at Los Angeles, California.

27                                               _/s/ Irene Y. Lee_
                                                 Irene Y. Lee
28

3279-002 120123 NT Dismissal US Cellular.doc          1

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNITED STATES
CELLULAR CORPORATION**